# COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **CHRISTINE MALAFI**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW**<br><br>ADDRESS ALL COMMUNICATIONS<br>IN THIS MATTER TO: |

April 13, 2005

Hon. Arthur D. Spatt, U.S.D.J.
United States District Court
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

**Re:     Talia v. Suffolk County, et al.**
        **CV03-5463 (ADS)**

Dear Judge Spatt:

Enclosed for Your Honor's signature, please find a Stipulation of Discontinuance signed by all parties with reference to the above captioned matter which we respectfully request be "so ordered".

Respectfully submitted,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

Richard T. Dunne
Assistant County Attorney

RTD/fb
Att.

cc:  Christopher Cassar, Esq.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY           ✦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099           ✦

(631) 853-4049
TELECOPIER (631) 853-5169

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

RD-6665

DANIEL TALIA,

                                    Plaintiff,

          -againsst-

UNITED STATES OF AMERICA, COUNTY
OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, JOHN
GALLAGHER, in his official capacity, and
RICHARD NEEMS, in both his individual
and official capacity,

                                    Defendants.
_____

**STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL**

**CV03-5463 (ADS)(WDW)**

          **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned
counsel for the respective parties hereto, that the above-captioned action be, and the
same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule
41(a)(1), without costs or attorneys' fees to any party, and,

          **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so
ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
          April 13, 2005

_____
CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
BY: Richard T. Dunne
Assistant County Attorney
Attorney for County of Suffolk,
SCPD, John Gallagher &
Richard Neems
H. Lee Dennison Building
100 Veterans Memorial Highway
PO Box 6100
Hauppauge, New York 11788

_____
Christopher Cassar, Esq.
Attorney for Plaintiff
13 East Carver Street
Huntington, New York 11743

                    **S O   O R D E R E D:**
          **Dated: Central Islip, New York**

                    _____, 2005

                    _____
                              **U.S.D.J.**